FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELTON LEON WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>G.J. GIURBINO, Warden,<br><br>    Respondent. | CASE NO. EDCV 05-00682 DSF (SS)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Amended Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, except that the citation at page 28, line 26 should read "People v. Seaton, 26 Cal. 598, 664-65, 110 Cal. Rptr. 441 (2001)."

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
2 the Judgment herein on Petitioner and counsel for Respondent.

4    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

6 DATED: 2/6/08

                                             /s/ Dale S. Fischer
                                             DALE S. FISCHER
                                             UNITED STATES DISTRICT JUDGE