UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELTON LEON WILLIAMS, | ) | CASE NO. EDCV 05-00682 DSF (SS) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| G.J. GIURBINO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 2/6/08

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE